UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Akinrosotu v. Davol, Inc. et al.*
Case No. 2:20-cv-4860

## ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 3.) On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order. (ECF No. 4.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 4) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Defendants' original motion to dismiss (ECF No. 2) is **DENIED AS MOOT**.

IT IS SO ORDERED.

**2/21/2023**               s/Edmund A. Sargus, Jr.
**DATE**                    **EDMUND A. SARGUS, JR.**
                            **UNITED STATES DISTRICT JUDGE**